IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP. and ASTRAZENECA PHARMACEUTICALS LP, </br></br>Plaintiffs,</br></br>v.</br></br>DR. REDDY'S LABORATORIES, INC.,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>) Civ. No. 15-988-SLR</br>)</br>)</br>)</br>)</br>) |

**O R D E R**

At Wilmington this 6th day of November, 2015, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for a temporary restraining order (D.I. 3) is granted.

2. Defendant Dr. Reddy's Laboratories, Inc. and all others, including without limitation, its employees, agents, partners, officers, directors, owners, shareholders, principals, parents, subsidiaries, related companies, affiliates, distributors, wholesalers, repackagers, retailers, and all person in active concert or participation with any of them (collectively, "defendant"), shall immediately stop the sale, delivery, transfer, or other disposition of its generic esomeprazole product that is the subject of this litigation, pending further hearing or trial of this action.

3. The parties shall confer on a more complete form of order, as well as on a

proposed schedule for the next stage of the litigation. If the parties cannot agree to such, they shall submit their competing proposals to the court on or before Wednesday, November 11, 2015. The court shall conduct a telephonic status conference on **Thursday, November 12, 2015 at 1:00 p.m.**, if needed, with plaintiffs' counsel initiating the call.

_____
United States District Judge