**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, and ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-988-SLR |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION**

WHEREAS, on November 19, 2015, this Court entered a Preliminary Injunction Order

(D.I. 47) in the above captioned action (the "PI Order");

WHEREAS, on November 20, 2015, Defendant Dr. Reddy's Laboratories, Inc. ("DRL")

filed a Notice of Appeal (D.I. 51) to the Court of Appeals for the Third Circuit, which has been

docketed Appeal No. 15-3827 (the "Third Circuit Appeal");

WHEREAS, Plaintiffs and DRL are parties to three additional actions pending in the

United States District Court for the District of New Jersey (C.A. Nos. 3:05-cv-05553-MLC-TJB,

3:08-cv-02496-MLC-TJB and 3:15-cv-08128-MLC-TJB) (collectively, the "New Jersey

Litigations" and together with this action, the "District Court Litigations"); and

WHEREAS, the parties have agreed to stay the District Court Litigations on the terms set

forth below (and as set forth in the contemporaneously filed requests to stay the New Jersey

Litigations) pending the resolution of the Third Circuit Appeal in order to preserve judicial and

party resources;

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the

Court, that:

1

1.      The above-captioned action is stayed pending further Order of this Court.  Within

14 days following a ruling on the merits or other disposition in the Third Circuit Appeal

(including any requests for reconsideration or rehearing and any petitions for certiorari), the

parties shall jointly submit a status report, and if appropriate, the parties may request a status

conference.

2.      During the course of the stay in the above-captioned action, no party shall file any

new lawsuits or any motions in any existing or closed lawsuits relating to the subject matter of

the above-captioned action other than motions by Plaintiffs to enforce the PI Order and motions

filed by the parties in the Third Circuit Appeal.

MCCARTER & ENGLISH, LLP                     SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel M. Silver*_____        */s/ Eve H. Ormerod*_____
Michael P. Kelly (#2295)                    Neal C. Belgam (#2721)
Daniel M. Silver (#4758)                    Eve H. Ormerod (#5369)
Benjamin A. Smyth (#5528)                   The Brandywine Building
Renaissance Centre                          1000 West Street, Suite 1501
405 N. King Street, 8th Floor               Wilmington, DE 19801
Wilmington, Delaware 19801                  (302) 652-8400
(302) 984-6300                              nbelgam@skjlaw.com
mkelly@mccarter.com                         eormerod@skjlaw.com
dsilver@mccarter.com
bsmyth@mccarter.com
                                            Stephen F. Roth
                                            Aaron S. Eckenthal
David M. Kelly                              William L. Mentlik
Robert D. Litowitz                          LERNER, DAVID, LITTENBERG, KRUMHOLZ
Jane W. Wise                                & MENTLIK, LLP
Lindsay Allen                               600 South Avenue West
KELLY IP, L.L.P.                            Westfield, NJ 07090
1919 M Street, NW, Suite 610                (908) 654-5000
Washington, D.C. 20036                      sroth@lernerdavid.com
(202) 808-3570                              aeckenthal@lernerdavid.com
david.kelly@kelly-ip.com                    wmentlik@lernerdavid.com
robert.litowitz@kelly-ip.com                litigation@lernerdavid.com
jane.wise@kelly-ip.com
lindsay.allen@kelly-ip.com                  *Attorneys for Defendant*

*Attorneys for Plaintiffs*

SO ORDERED this _____ day of _____, 2015,

_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

ME1 21618625v.1