**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, AND ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 15-988-SLR ) |
| v. | ) ) |
| DR. REDDY'S LABORATORIES, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on November 4, 2015, the Court entered a Temporary Restraining Order set forth in its Order of November 6, 2015 (D.I. 32) in the above-captioned action (the "TRO");

WHEREAS, as a condition of the TRO, Plaintiffs were required to post an unsecured bond in the amount of $1,000,000.00 (the "TRO Bond");

WHEREAS, Plaintiffs posted the TRO bond on November 16, 2015 (D.I. 44);

WHEREAS, on November 19, 2015, this Court entered a Preliminary Injunction Order (D.I. 47) in the above captioned action (the "PI Order");

WHEREAS, the PI Order required Plaintiffs to increase the amount of the unsecured bond from $1,000,000.00 to $7,500,000.00 (the "PI Bond");

WHEREAS, Plaintiffs posted the PI Bond on November 24, 2015 (D.I. 58); and

WHEREAS, the parties jointly seek dissolution of the original TRO Bond and clarification as set forth below

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that the TRO Bond is dissolved upon entry of this Order by the Court.   In the event it is

1

determined that Defendant was wrongfully temporarily restrained and/or wrongfully preliminarily enjoined, Defendant's recovery against the PI Bond, in accordance with applicable rules and laws, shall be limited as follows: (a) no more than $1,000,000 of the PI Bond amount shall be available to satisfy any costs or damages stemming from the TRO; (b) no more than $7,500,000 of the PI Bond amount shall be available to satisfy any costs or damages stemming from the PI Order; and (c) in no event may Defendant recover more than $7,500,000 from Plaintiffs under the PI Bond. With the exception of the dissolution of the TRO Bond and the foregoing limitations, nothing herein shall expand or limit or otherwise alter or affect the recovery, if any, available to Defendant on its breach of contract counterclaim. For the avoidance of doubt, the parties are in agreement that Defendant is not entitled to double recovery, and that any amounts recovered against the bond will be deducted from Defendant's damages, if any, for the alleged breach of contract counterclaim, and the amount of the PI Bond does not cap Defendant's damages recovery under its breach of contract counterclaim.


Dated: December 22, 2015

MCCARTER & ENGLISH, LLP            SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel M. Silver                              /s/ Neal C. Belgam
Michael P. Kelly (#2295)                   Neal C. Belgam (#2721)
Daniel M. Silver (#4758)                    Eve H. Ormerod (#5369)
Benjamin A. Smyth (#5528)               The Brandywine Building
Renaissance Centre                            1000 West Street, Suite 1501
405 N. King Street, 8th Floor              Wilmington, DE 19801
Wilmington, Delaware 19801              (302) 652-8400
(302) 984-6300                                   nbelgam@skjlaw.com
mkelly@mccarter.com                        eormerod@skjlaw.com
dsilver@mccarter.com
bsmyth@mccarter.com

ME1 21669640v.2
21669640_2.docx

David M. Kelly
Robert D. Litowitz
Jane W. Wise
Lindsay Allen
KELLY IP, L.L.P.
1919 M Street, NW, Suite 610
Washington, D.C. 20036
(202) 808-3570
david.kelly@kelly-ip.com
robert.litowitz@kelly-ip.com
jane.wise@kelly-ip.com
lindsay.allen@kelly-ip.com

*Attorneys for Plaintiffs*

Stephen F. Roth
Aaron S. Eckenthal
William L. Mentlik
LERNER, DAVID, LITTENBURG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
(908) 654-5000
sroth@lernerdavid.com
aeckenthal@lernerdavid.com
wmentlik@lernerdavid.com
litigation@lernerdavid.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2015.


_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

3